Tai-Fatt v. Commissioner of Social Security

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand thirteen.

**PRESENT:**

> Debra Ann Livingston,
> Gerard E. Lynch,
> Raymond J. Lohier, Jr.,
> *Circuit Judges.*

_____

**Calvin O. Tai-Fatt,**

> *Plaintiff-Appellant*,

> v.                                       **12-4742-cv**

**Carolyn W. Colvin, Acting Commissioner of Social Security,**<sup>*</sup>

> *Defendant-Appellee.*

_____

**FOR PLAINTIFF -APPELLANT:**      Calvin O. Tai-Fatt, *pro se*, Rye, NY.

---

<sup>*</sup>The Clerk of the Court is directed to amend the caption to conform with the listing of the parties above.

**FOR DEFENDANT -APPELLEE:** Caleb Hayes-Deats (Sarah Sheive Normand, Susan Colleen Branagan, *on the brief*), Assistant United States Attorneys, *for* Preet Bharara, United States Attorney for the Southern District of New York, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Gorenstein, *M.J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Calvin O. Tai-Fatt, proceeding *pro se*, appeals the district court's judgment affirming the decision of the Commission of Social Security denying his application for social security disability benefits, for failure to establish disability during the coverage period. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review district court orders granting motions for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) *de novo*. *Jasinski v. Barnhart*, 341 F.3d 182, 184 (2d Cir. 2003). When reviewing determinations made by the Commissioner, we conduct a "plenary review of the administrative record." *Burgess v. Astrue*, 537 F.3d 117, 128 (2d Cir. 2008) (internal quotation marks omitted); *see also Schaal v. Apfel*, 134 F.3d 496, 500-01 (2d Cir. 1998) (noting focus of review is the administrative ruling, not the district court's decision). We may set aside the Commissioner's decision only if the factual findings are not supported by substantial evidence, or if incorrect legal standards were applied. *See Burgess*, 537 F.3d at 127; *Halloran v. Barnhart*, 362 F.3d 28, 31 (2d Cir. 2004). "Substantial evidence means more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Burgess*, 537 F.3d at 127 (internal quotation marks omitted).

2

Here, an independent review of the administrative record and case law reveals that, for reasons stated by the district court, the administrative law judge's decision was legally correct and supported by substantial evidence, and thus, the district court properly granted the Commissioner's motion for judgment on the pleadings. We affirm for substantially the reasons stated by the district court in its October 1, 2012 opinion.

We have considered all of Tai-Fatt's arguments and find them to be without merit. We have also considered Tai-Fatt's motion for leave to expand the record, which is **DENIED.** We **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3